## HARLEN CLOUD v. CALEB DAVIS.

Court of Common Pleas. New Castle. February, 1790.

*Rodney's Notes.*

*Bedford* [for plaintiff]. *Bayard* [for defendant].

*Bedford.* First count for money had and received by defendant. Second for money laid out and expended for defendant. Bond signed for £50, conditional that a discount should be allowed for repairs, etc.

Mr. Warner offered. Plaintiff rented some marsh of defendant. Thinks plaintiff was to ditch and fence the marsh, and it was understood generally that defendant was to allow him for it out of the rent, which was £50 (discount for ditch about 50 shillings) *per annum.*

*Mr. Bayard* objected to a deposition of John Harrison (notice not being given) to prove Davis agreed to discount.

*Mr. Bedford.* The matter in dispute being so trifling, no notice was intended nor entered on docket. The want of form not plaintiff's fault but the magistrate's.

*Bayard* objected to the bond given by Cloud to Davis going to the jury, it being cancelled and no witness to prove it.

Plaintiff submits to a nonsuit, *non prosequitur* at bar.

## JOHN PEMBERTON v. CHARLES NIXON, Garnishee.

Court of Common Pleas. Kent. May, 1794.

*Rodney's Notes.*